UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

                                    **AMENDED**
                           **SCHEDULING ORDER**

              -against-

                         7:21-CR-00463 (CS) (2)

Jermaine Lightfoot,
                     Defendant(s).
-------------------------------------------------------X

Seibel, J.

The previously scheduled Arraignment and Bail hearing for **August 12, 2021 at 12:00 p.m.** is amended as follows: Defendant will be arraigned at 12:00 p.m. on August 12th before United States District Judge Cathy Seibel in Courtroom 621 at the Hon. Charles L. Brieant, Jr. Courthouse, 300 Quarropas Street, White Plains, New York 10601. The Defendant will appear before Magistrate Judge Paul E. Davison in Courtroom 420 for the bail hearing to be conducted at a time shortly thereafter the arraignment proceeding that is convenient for the Court.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY Courthouse must complete a questionnaire and have his or her temperature taken. The Questionnaire is located on the Court's website at:

https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

      **SO ORDERED.**

Dated:  August 9, 2021
      White Plains, New York

_____
      Cathy Seibel, U.S.D.J.